NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSE GRAHAM,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>TAYLOR SWIFT, an individual; KARL MARTIN SANDBERG, an individual; KARL JOHAN SCHUSTER, an individual; SONY ATV MUSIC PUBLISHING, LLC, a limited liability company; KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware Corporation; BIG MACHINE LABEL GROUP LLC, a limited liability company; UNIVERSAL MUSIC GROUP, INC., a California Corporation; DOES, 1 through 10,<br><br>    Defendants-Appellees. | No. 20-55779<br><br>D.C. No. 2:19-cv-09948-AB-SS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Andre Birotte, Jr., District Judge, Presiding

Submitted February 15, 2022[**]

Before: FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jesse Graham appeals pro se from the district court's judgment dismissing his copyright action. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Graham failed to address the grounds for dismissal and has therefore waived his challenge to the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) (explaining that arguments raised for the first time in a reply brief are deemed waived); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) (noting that "[w]e will not manufacture arguments for an appellant . . . .").

**AFFIRMED.**